DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CARLYLE GREEN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2572

[September 25, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Steven J. Levin, Judge; L.T. Case No. 562007CF004356A.

Carey Haughwout, Public Defender, and Patrick B. Burke, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Luke R. Napodano, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

Appellant Carlyle Green previously pled no contest to home invasion robbery with a firearm while wearing a mask. He was adjudicated guilty and sentenced to fifteen years in prison with a ten-year mandatory minimum, followed by five years of probation. Appellant was later charged with violating his probation by tampering with evidence. After a revocation hearing, the trial court adjudicated Appellant guilty of violating probation. The trial court sentenced Appellant to 200 months in prison, followed by two years of community control, followed by five years of probation. Appellant challenges this judgment and sentence. We affirm in all respects except for the written judgment, which we remand for correction of a scrivener's error.

The written judgment entered in this case contains a scrivener's error erroneously showing that Appellant admitted the violation of probation. However, Appellant contested the violation, and after a revocation hearing, the trial court found he violated his probation. We remand with directions to correct the scrivener's error. *See Widel v. State*, 120 So. 3d 68, 69 (Fla.

4th DCA 2013); *Sirota v. State*, 977 So. 2d 700, 701 (Fla. 4th DCA 2008). Appellant need not be present for this correction.

*Affirmed; remanded to correct scrivener's error.*

KLINGENSMITH, C.J., GERBER and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***